UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 23, 2008

**CASE INFORMATION:**
Short Case Title:  JONATHAN LEE RICHES -v- COUNTRYWIDE HOME LOANS INC.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco Division-Judge Martin J. Jenkins
Criminal and/or Civil Case No.:  CV 07-05421 MJJ
Date Complaint/Indictment/Petition Filed: 10/24/07
Date Appealed order/judgment *entered* 12/19/07
Date NOA *filed* 1/8/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                           Date Docket Fee Billed: 1/23/08
Date FP granted:                                Date FP denied:
Is FP pending? ☐ yes  ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: see docket sheet              Appellee Counsel: see docket sheet


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Simone Voltz
                                                    415-522-2016