**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

CASE NUMBER:   **CV 07-05421 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- COUNTRYWIDE HOME LOANS INC.**
DATE MANDATE FILED:   4/21/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                          Sincerely,

                                          RICHARD W. WIEKING, Clerk


                                       by: *Sheila Rash*
                                          Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office

NDC App-16